IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAJUAN WILLIAMS, JR.,

    Plaintiff,

  v.

Case No. 18-cv-966-bbc

GARY BOUGHTON, CAPTAIN LEFFLER,
SERGEANT SNODGRASS,
SERGEANT WARD AND JOHN DOES 1-3,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |